USCA1 Opinion

 

 September 27, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-1246 ROBERT A. GAUDREAULT, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, DEPARTMENT OF VETERAN AFFAIRS, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. A. David Mazzone, U.S. District Judge] ___________________ ____________________ Before Breyer, Chief Judge, ___________ Selya and Boudin, Circuit Judges. ______________ ____________________ Robert A. Gaudreault on brief pro se. ____________________ A. John Pappalardo, United States Attorney, and William L. ____________________ ___________ Parker, Assistant United States Attorney, on brief for appellee. ______ ____________________ ____________________ Per Curiam. We have reviewed the parties' briefs __________ and the record on appeal. We affirm essentially for the reasons stated in the district court's memorandum and order, dated February 19, 1993. Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___